# ATTACHMENT A

## Affidavit in Support of Criminal Complaint and Arrest Warrant for Victoria Korda

I, Gabriel F. Keown Jr., being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief:

## INTRODUCTION

1. This affidavit is submitted for the purpose of establishing probable cause that on or around November 25, 2025, within the Western District of North Carolina and elsewhere, Victoria Korda ("KORDA") committed the offense of making interstate threats in violation of 18 U.S.C. § 875(c) and threatening to assault and murder federal officials, federal judges, or federal law enforcement officers in violation of 18 U.S.C. § 115(a)(1)(B).

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Honolulu Field Office. I have been an FBI Special Agent since September 2019 and have worked a variety of investigations. Currently, I am assigned to the Violent Crime Task Force. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code and empowered by law to conduct investigations of and to make arrests for the offenses enumerated in Section 2516 of Title 18, United States Code. I am further deputized as a Special Deputy U.S. Marshal and have been assigned to the District of Hawaii U.S. Marshal Hawaii Fugitive Task Force, as a Task Force Officer, where my duties include but are not limited to conducting criminal investigations involving fugitives and fugitive apprehensions. Prior to joining the FBI, I served as a Philadelphia Police Officer for five years. As part of my current duties, I investigate violent crimes, gang-related criminal activity,

firearm offenses, drug trafficking, and violent crimes against children. During my law enforcement career, I have participated in numerous investigations involving such crimes.

3. I have collected evidence in my investigations by conducting physical surveillance, interviewing subjects and witnesses, executing search warrants, conducting undercover operations, using confidential sources, conducting fugitive investigations and fugitive apprehensions. I have received extensive training in these matters as well. Through my training and experience, I have become familiar with the manner in which criminal offenders operate, and the efforts of those involved in such activities.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and federal agents. This affidavit is intended to show merely that there is sufficient probable cause for the offenses in the requested Complaint and does not set forth all of my knowledge about this matter. I have set forth only the facts that I believe are necessary to establish probable cause to support the requested Complaint.

## PROBABLE CAUSE

Background

5. On March 11, 2025, the Chief United States District Judge for the District of Hawaii entered an Order[1] entitled "ORDER BARRING VICTORIA R. KORDA FROM ENTERING UNITED STATES COURTHOUSE." The Chief Judge detailed a history of Victoria Korda's conduct at the federal courthouse in Honolulu, Hawaii, and noted that her conduct was "unacceptable, poses a direct threat to court security and employee safety, and will not be tolerated."

---

[1] 1:25-mc-00081-DKW.

Threats to Victim 1

6. On November 25, 2025, KORDA, at approximately 10:47 a.m. HST, using telephone number (907) 201-****[2], called and spoke to Victim 1 at his office ("CALL 1"). Victim 1 is an Assistant U.S. Attorney for the District of Hawaii. Victim 1's office is at the United States Attorney's Office located in Honolulu, Hawaii. Although they had never met, KORDA was known to Victim 1 because KORDA had previously sent documents to Victim 1's office and left voicemails for Victim 1. During CALL 1, KORDA told Victim 1 that he needed to do his job or someone would kill him. Victim 1 told KORDA to stop using that kind of language. KORDA responded, repeating three times, "I will fucking kill you" before hanging up.

7. At approximately 11:17 a.m. HST, KORDA, using telephone number (907) 201-****, left a voicemail ("VOICEMAIL 1") on Victim 1's office phone. VOICEMAIL 1 is transcribed as follows:

> Hi, [Victim 1], it's Victoria. I'm gonna fly to Honolulu, and I'm gonna come and kill you if you touch my case because you do not work there. So I'm going to come to Honolulu and I'm gonna fucking kidnap you and I'm gonna kill you right away with my gun. So, just giving you a head's up because you're not supposed to be touching any type of financial anyway. So, Victoria Korda, K-O-R-D-A. I'm coming to Honolulu because you guys are [unintelligible] for a federal threat. And I'm gonna grab you. And I'm gonna fucking kill you pretty soon. You better get off fucking property right fucking now.

8. Your affiant knows that "(907)" is an area code associated with the state of Alaska.

9. Victim 1 was in Hawaii on November 25, 2025, when he received CALL 1 at approximately 10:47 a.m. HST and VOICEMAIL 1 at approximately 11:17 a.m. HST.

---

[2] The last four digits of this phone number have been redacted in this Affidavit but is known to Your Affiant; on all pages of this Affidavit, any reference to "(907) 201-****" is referring to the same unique phone number.

10. Victim 1 reported CALL 1 and VOICEMAIL 1 to supervisors in his office, and the office took safety and security measures in response to KORDA's communications.

Voicemail Threat to Victim 2

11. On November 25, 2025, KORDA, at approximately 12:05 p.m. HST, KORDA, using telephone number (907) 201-****, called Victim 2's chambers and left a voicemail ("VOICEMAIL 2"). Victim 2 is a United States District Court Judge for the District of Hawaii. Victim 2's judicial chambers are located in Honolulu, Hawaii. Below is a transcription of the voicemail:

> Hello, my name is, this is a call for [Victim 2]. If you do not get off the fucking stage, I will fucking kill you. I'm about to buy a gun, so I'm gonna be over at your house pretty soon. And it's really super easy to take you out. So this is your twentieth warning in self defense or whatever. Okay. I will fucking kill you. So you gotta pay somehow, you gotta pay with your bodies. All the federals paying with their bodies. You need to, you need—you gotta pay with your bodies. I'm not gonna let you live. Do not come back to work tomorrow. Kay? Kay. I will fucking kill you soon.

12. VOICEMAIL 2 was preceded by two previous threatening telephone calls made by KORDA to Victim 2's chambers. In response to VOICEMAIL 2 and the prior calls from KORDA, Victim 2 instructed her staff not to answer any external calls coming into the main telephone line. Victim 2 also reached out and reported the communication to law enforcement to take safety and security measures.

13. Victim 2 was in Hawaii on November 25, 2025, when she received VOICEMAIL 2 at approximately 12:05 p.m. HST.

Telephonic Threat to Victim 3 (and Victim 2)

14. On November 25, 2025, at approximately 12:07 p.m. HST, KORDA, using telephone number (907) 201-****, called Victim 3's chambers and spoke to a staff member of Victim 3 ("CALL 2"). Victim 3 is a United States District Court Judge for the District of

Hawaii. Victim 3's judicial chambers are in Honolulu, Hawaii. KORDA relayed to Victim 3's staff member that she was calling about Case No. 24-cv-109. After mentioning the case, KORDA made numerous statements directed at Victim 3 and Victim 2, including: "I will kill you," "I am a stone-cold killer," "I want blood fast," and that Victim 3 and/or Victim 2 should "get off the stage." KORDA also stated that she would "go to [Victim 3's] house," where "blood" was expected. After repeating many of these statements, KORDA abruptly ended the call.

15. Victim 3 and his staff member were in Hawaii on November 25, 2025, when they received CALL 2 at approximately 12:07 p.m. HST.

16. In response to CALL 2, Victim 3 reached out and reported the communication to law enforcement to take safety and security measures.

Location of KORDA on November 25, 2025

17. Investigators determined through a review of flight records that KORDA left the State of Hawaii on September 5, 2025, and traveled to Alaska. Flight records also show that KORDA traveled from Alaska on November 11, 2025, and arrived in Charlotte, North Carolina on November 12, 2025. Telephone communication records show that the telephone assigned telephone number (907) 201-**** was located in the Western District of North Carolina for the entirety of November 25, 2025.

18. On November 25, 2025, your affiant placed a phone call to (907) 201-****, and the caller on the other end of the call identified themselves as KORDA. KORDA referenced Victim 2 during the call. KORDA stated that she was not in the State of Hawaii at the time of the call and stated that she was going to fly to Hawaii the next day. On this afternoon, November

26, 2025, local law enforcement made contact in Charlotte with KORDA to serve her with a state warrant from California (unrelated to the events recited in this affidavit).

## CONCLUSION

19. Based on the foregoing, I believe there is probable cause to conclude Victoria KORDA committed the offense of making interstate threats in violation of 18 U.S.C. § 875(c) and threatening to assault and murder federal judges and a federal law enforcement officer in violation of 18 U.S.C. § 115(a)(1)(B).

Respectfully submitted,

**/s/ *Gabriel F. Keown Jr.***
Gabriel F. Keown Jr.
Special Agent
Federal Bureau of Investigation

*This Affidavit was reviewed by AUSA David Kelly.*

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 26th day of November, 2025, at 4: PM

_____
Susan C. Rodriguez
United States Magistrate Judge